Erica Loftis, Esq. (SBN 259286)
Adam P. Thursby, Esq. (SBN 318465)
Kelli Brown, Esq. (SBN 328176)
Ghidotti | Berger LLP
1920 Old Tustin Ave
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Movant,
U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 22-10377 |
| Marcella Marquez, | DC: ELP-1 |
| Debtor. | CHAPTER 13 |
| | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **Hearing Date:** |
| | Date: June 30, 2022 |
| | Time: 1:30 p.m. |
| | Ctrm: 13, Department B |
| | Place: 2500 Tulare Street, Suite 2501 |
| | Fresno, CA 93721 |
| | Honorable Rene Lastreto II |

On June 30, 2022, the Court ruled on the Motion for Relief From Stay ("Motion") filed by U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust, its successors and/or assignees ("Movant") by and through its attorney of record, Erica Loftis-Pacheco, Esq., of Ghidotti | Berger LLP.

After considering the facts and merits set forth in the Motion, there being no opposition thereto, and upon the request of Movant, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is granted pursuant to 11 U.S.C. §362(d)(1). The Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished for all purposes as to Movant, U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust, its assignees and/or successors in interest. Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust, and Movant may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, generally described as 3708 Sue Lin Way, Bakersfield, CA 93309 ("Property") and legally described as indicated in Exhibit "A" incorporated herein pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

**IT IS HEREBY FURTHER ORDERED** that the Motion is denied as moot pursuant to 11 U.S.C. §362(d)(2).

**IT IS HEREBY FURTHER ORDERED** that pursuant to 11 U.S.C. §362(d)(4), the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished for all purposes as to Movant, U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust, its assignees and/or successors in interest. Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust, and Movant may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, generally described as 3708 Sue Lin Way, Bakersfield, CA 93309 incorporated herein pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

**IT IS HEREBY FURTHER ORDERED** that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

**IT IS HEREBY FURTHER ORDERED** that if recorded in compliance with applicable state laws governing notices of interests or liens in the Property the Order shall be binding and effective under 11 U.S.C. §362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any

federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

Dated: Jul 07, 2022

By the Court

René Lastreto II, Judge
United States Bankruptcy Court